IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $15,439.00 IN U.S. CURRENCY, and | ) | |
| | ) | COMPLAINT IN FORFEITURE |
| $5,010.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES plaintiff, the United States of America, by Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Phillip J. Tripi, Assistant U.S. Attorney, and files this Complaint in Forfeiture, alleging on information and belief the following:

JURISDICTION AND INTRODUCTION

1. This Court has jurisdiction over this in rem proceeding pursuant to 28 U.S.C. §§ 1345 and 1355, and 21 U.S.C. § 881.

2. This Court has venue in this matter pursuant to 28 U.S.C. § 1395.

3. The defendants $15,439.00 in U.S. Currency and $5,010.00 in U.S. Currency (hereinafter "defendant currencies") were seized on December 1, 2017. The defendant currencies are now in the possession of the federal government.

4. Subsequent to the seizure, the Drug Enforcement Administration (hereinafter "DEA") commenced administrative forfeiture proceedings against the defendant currencies. A

claim to the defendant currencies was submitted in the administrative forfeiture proceeding by Keith Green (hereinafter "Green"), necessitating the filing of this judicial forfeiture action.

5. The defendant currencies are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), because they constitute proceeds traceable to drug trafficking activities and/or were used or intended to be used to facilitate drug trafficking in violation of 21 U.S.C. §§ 841(a) and/or 846.

## FORFEITURE COUNT

6. On Friday, December 1, 2017, members of the DEA, Cleveland District Office, Group 2, received information regarding the suspicious travel itineraries of Green and James T. Rock (hereinafter "Rock"). They were both scheduled to depart Cleveland, Ohio, on December 1, 2017, on an American Airlines flight to Sacramento, California, with one-way tickets purchased the previous day.

7. DEA became aware that Green had an extensive criminal and drug-related history.

8. On December 1, 2017, at approximately 2:40 p.m., Green and Amanda T. Miles (hereinafter Miles) approached the American Airlines counter at Cleveland Hopkins International Airport.

9. They exited the terminal shortly thereafter and walked back to a dark blue Jeep rental vehicle located on the departing flights lanes in front of the airport terminal.

10. Rock was seated in the front passenger seat of the Jeep.

11. Miles entered the rear passenger side of the Jeep and handed a black nylon brief case to Rock from the rear passenger seat.

12. Rock was observed with the black nylon brief case walking towards and entering the airport terminal with Green, who possessed a small black shaving bag.

13. At approximately 2:57 p.m., a DEA agent and a Task Force Officer (hereinafter "TFO") approached Green and Rock inside the terminal to conduct a consensual encounter.

14. Green and Rock consented to speak to the DEA.

15. Green and Rock each claimed to be travelling to California on a business trip.

16. Rock stated they had not booked a return flight because they were uncertain of the length of their business trip.

17. When asked whether they were in possession of any weapons, drugs, or bulk currency, they each stated, "No."

18. Both consented to the search of their bags.

19. The TFO opened the shaving bag that Green had in his possession, and located several stacks of federal reserve notes, later determined to be defendant $15,439.00 in U.S. Currency, some of which currency was contained inside a leather wallet found inside of the shaving bag.

20. When asked why he had not divulged he was carrying the currency, Green initially made no reply.

21. When asked why the currency was in several bundles, Green stated, "So TSA doesn't mess with me."

22. When asked why he was carrying the currency on the flight, Green stated he was travelling to California to make a payment on a cabin.

23. When questioned by the TFO about the odor of raw marijuana and the small

particles of vegetation inside the shaving bag, Green stated he smokes marijuana and that was indeed marijuana that the TFO smelled coming from the bag.

24.     At the same time, the DEA agent separately spoke to Rock, who stated he was carrying the nylon brief case for Green.

25.     Rock told the agent that he and Green planned to be in California until the following Tuesday.

26.     Rock acknowledged that neither he nor Green had checked any other bags with the airline.

27.     The agent opened Rock's brief case and located several stacks of Federal Reserve Notes inside a smaller nylon lunch bag, later determined to be defendant $5,010.00 in U.S. Currency.

28.     Rock stated the currency belonged to Green and that he was carrying the black nylon bag for Green.

29.     Green estimated the total amount of cash was carrying to be approximately $25,000.00.

30.     Green stated he owned a construction business and that he intended to use the cash to repair a cracked foundation of a building he owned in California.

31.     When advised that DEA would be seizing the currency, Green presented a business card in the name of "Master Craft Exterior Finishing" and claimed to have a legitimate construction business.

32.     The DEA seized the defendant currencies and Green refused to sign the evidence bag forms for the defendant currencies.

33. Green again stated that he had a valid tax ID number and owned a construction business.

34. Green then stated that nine lumberjacks' families would "go hungry" this weekend because the money was to be used to pay them for work that had been performed for Green in California.

35. Green declined to answer questions about his criminal history and drug involvement, stating, "You guys can find that out yourselves."

36. The encounter ended before boarding was complete for their scheduled flight, and Green and Rock were advised they were free to travel, but they chose not to travel on their scheduled flight.

37. A certified canine officer and his canine, "Kilo," conducted a blind test at the airport, during which the canine made positive alerts for the odor of narcotics on separate boxes containing each of the defendant currencies.

38. State of Ohio records reveal that Green's business name, Master Craft Exterior Finishing, had been cancelled since April 6, 2015, for failure to renew his registration of that name.

39. Green has a drug-related criminal history which includes multiple arrests and the following conviction: Conspiracy to Traffick in Marijuana, on August 23, 2012, in Case No. 12-CR-192, Ashtabula County Court of Common Pleas.

40. By reason of the foregoing, the defendant currencies are subject to forfeiture to the United States pursuant to the statutory authority set forth in paragraph 5 hereof.

WHEREFORE, plaintiff prays that this Court enter judgment condemning the defendant currencies and forfeiting them to the United States of America for disposition according to law and for such other relief as this Court may deem just and proper.

>     Respectfully submitted,
>
>     JUSTIN E. HERDMAN
>     United States Attorney
>
> By: _____
>     Phillip J. Tripi
>     Reg. No. 0017767
>     United States Court House
>     801 West Superior Avenue, Suite 400
>     Cleveland, OH 44113
>     Phone: (216) 622-3769
>     Fax:   (216)522-7499
>     Phillip.Tripi@usdoj.gov

## VERIFICATION

STATE OF OHIO         )
                      ) SS.
COUNTY OF CUYAHOGA )

I, Phillip J. Tripi, being first duly sworn, depose and say that I am an Assistant United States Attorney for the Northern District of Ohio, and one of the attorneys for the Plaintiff in this action. Under penalty of perjury I depose and say the foregoing Complaint in Forfeiture is based upon information officially provided to me and is true as I verily believe.

Phillip J. Tripi
Assistant U.S. Attorney

Sworn to and subscribed in my presence this 29 day of November, 2018.

Diane Schneider
Notary Public

DIANE SCHNEIDER
NOTARY PUBLIC
STATE OF OHIO
COMM. EXPIRES
3-9-2022
RECORDED IN
CUYAHOGA COUNTY

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
$15,439.00 in U.S. Currency, and $5,010.00 in U.S. Currency

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Cuyahoga, Ohio
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Phillip J. Tripi, Assistant U.S. Attorney
801 West Superior Avenue, Suite 400, Cleveland, OH 44113
(216) 622-3769

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 340 Marine | | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:
Civil Forfeiture Action pursuant to 21 U.S.C. Section 881(a)(6)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 12/03/2018
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**I.** Civil Categories: (Please check <u>one category only</u>).

1. [✓] General Civil
2. [ ] Administrative Review/Social Security
3. [ ] Habeas Corpus Death Penalty

*If under Title 28, §2255, name the SENTENCING JUDGE: _____

CASE NUMBER: _____

**II.** <u>RELATED OR REFILED CASES</u>. See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled. Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action is [ ] **RELATED** to another **PENDING** civil case. This action is [ ] **REFILED** pursuant to **LR 3.1**.

**If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

**III.** In accordance with Local Civil Rule **3.8**, actions involving counties in the Eastern Division shall be filed at any of the divisional offices therein. Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER. UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1) **Resident defendant.** If the defendant resides in a county within this district, please set forth the name of such county
**COUNTY:** Cuyahoga

Corporation **For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.**

(2) **Non-Resident defendant.** If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.
**COUNTY:**

(3) **Other Cases**. If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.
**COUNTY:**

**IV.** The Counties in the Northern District of Ohio are divided into divisions as shown below. After the county is determined in Section **III**, please check the appropriate division.

**EASTERN DIVISION**

[ ] AKRON (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)
[✓] CLEVELAND (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake, Lorain, Medina and Richland)
[ ] YOUNGSTOWN (Counties: Columbiana, Mahoning and Trumbull)

**WESTERN DIVISION**

[ ] TOLEDO (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca VanWert, Williams, Wood and Wyandot)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL ACTION NO. |
| ) | |
| Plaintiff, ) | JUDGE |
| ) | |
| v. ) | |
| ) | |
| $15,439.00 in U.S. Currency, and ) | |
| ) | |
| $5,010.00 in U.S. Currency ) | |
| ) | |
| Defendant. ) | PRAECIPE |

Please issue a Warrant of Arrest in Rem to the U.S. Marshals Service on behalf of the United States Attorney's Office.

Respectfully submitted,

Justin E. Herdman
United States Attorney

By: /s/ Phillip J. Tripi
Phillip J. Tripi
Assistant U.S. Attorney
Reg. No. 0017767
400 United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113
(216) 622-3769
Fax: (216) 522-7499
Phillip.tripi@usdoj.gov

# United States District Court

## NORTHERN DISTRICT OF OHIO

WARRANT OF
ARREST *IN REM*

TO: THE UNITED STATES MARSHAL AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, on __December 3, 2018__ a __Complaint in Forfeiture__ was filed in this Court by Justin E. Herdman, United States Attorney for this District, on behalf of the United States, against:

$15,439.00 in U.S. Currency, CATS Asset ID: 18-DEA-636846

$5,010.00 in U.S. Currency, CATS Asset ID: 18-DEA-636847

and WHEREAS, the defendant property is currently in the possession, custody or control of the United States; and,

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions directs the Clerk of the Court to issue a warrant of arrest *in rem* for the arrest of the defendant property; and,

WHEREAS, Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it;

YOU ARE COMMANDED to arrest the defendant properties by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED to file the same in this Court with your return thereon.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| DATE / CLERK / (BY) DEPUTY CLERK | |

Returnable __-60-__ days after issue.

### UNITED STATES MARSHALS SERVICE

| DISTRICT | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| U.S. MARSHAL | | |

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case: 1:18-cv-02781 Doc #: 1-4 Filed: 12/03/18 1 of 1. PageID #: 12

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

**U.S. Department of Justice**
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | |
| **DEFENDANT** | **TYPE OF PROCESS** |
| $15,439.00 IN U.S. CURRENCY, et al. | Warrant of Arrest in Rem |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$15,439.00 IN U.S. CURRENCY, and $5,010.00 in U.S. Currency
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Phillip J. Tripi, Assistant United States Attorney
Office of the United States Attorney
400 United States Courthouse
Cleveland, Ohio 44113

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                     Fold

$15,439.00 in U.S. Currency CATS Asset ID# 18-DEA-636846
$5,010.00 in U.S. Currency CATS Asset ID# 18-DEA-636847

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 216-622-3769
DATE: 12/3/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date     Time    ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $15,439.00 IN U.S. CURRENCY, et al., | ) | |
| | ) | |
| Defendant. | ) | NOTICE |

Party-in-Interest:

    Keith Green
    c/o Jane Timonere, Esq.
    4 Lawyers Row
    Jefferson, Ohio 44047

The above-captioned forfeiture action was filed in U.S. District Court on December 3, 2018. A copy of the complaint is attached. If you claim an interest in any of the defendant properties, the following applies.

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, you are required to file with the Court, and serve upon Phillip J. Tripi, plaintiff's attorney, whose address is United States Attorney's Office; United States Court House; 801 West Superior Avenue, Suite 400; Cleveland, Ohio 44113, a verified claim to the defendant

properties within thirty-five (35) days after your receipt of the complaint. Said claim shall contain the information required by Rule G(5) of the said Supplemental Rules. Additionally, you must file and serve an answer to the complaint or a motion under Rule 12 of the Civil Rules of Procedure, within twenty (20) days after the filing of the claim, exclusive of the date of filing. If you fail to do so, judgment by default will be taken for the relief demanded in the complaint.

Very truly yours,

Justin E. Herdman
United States Attorney

Date: December 3, 2018    By: _____
Phillip J. Tripi
Assistant U.S. Attorney
Reg. No. 0017767
400 United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113
(216) 622-3769
Fax: (216) 522-7499
Phillip.tripi@usdoj.gov